J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Ilia Bakumets,

          Petitioner,

    v.

WARDEN, Adelanto ICE Processing Center;  THOMAS GILES, Field Office Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; MARKWAYNE MULLIN, in his Official Capacity, Secretary, U.S. Department of Homeland Security; and Todd BLANCHE, in his Official Capacity, Acting Attorney General of the United States,

          Respondents.

Case No. 5:26-cv-03735-SSS-DSR

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (Dkt. No. 1) is granted as to Petitioner's Claim for Relief regarding violation of the Fifth Amendment, and Respondents are ordered to release Petitioner forthwith.

The Court DIRECTS the Clerk to close this case.

DATED: July 9, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2